AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

K&M INTERNATIONAL, INC.

V.

RHODE ISLAND NOVELTY, INC. and
WILD ADVENTURES, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 159 ML

TO: (Name and address of Defendant)

WILD ADVENTURES, INC.
19 Industrial Lane
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce W. Gladstone, Esquire
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/5/06

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4/6/06 |
|---|---|
| NAME OF SERVER (PRINT) [illegible] | TITLE Constable Lic #6026 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☑ Other (specify): Bob Nowak, owner - Served upon Bob Nowak owner of Wild Adventures, Inc. personally to his hands and possession on 4/6/06.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/6/06
Date

[signature], Constable
*Signature of Server*

[illegible] Ave.
Providence, R.I. 02908
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.