**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| K&M INTERNATIONAL, INC., Plaintiff, v. RHODE ISLAND NOVELTY, INC. And WILD ADVENTURES, INC., Defendants. | Civil Action No: 1:06-cv-00159-ML-DLM |

**DEFENDANTS' MOTION FOR ADMISSION PRO HAC VICE**

The Defendants, Rhode Island Novelty, Inc. and Wild Adventures, Inc., hereby move for Joseph P. Davis III to be admitted PRO HAC VICE in the above case as counsel, with local counsel identified below.

Defendants,
Rhode Island Novelty, Inc.
and Wild Adventures, Inc.

By: William A. Poore (#1436)
Christopher O'Connor (#5078)
POORE & ROSENBAUM, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-2600
Fax: (401) 831-2220

DATED: April 26, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Joseph P. Davis III, Esq., hereby certify as follows:

(1) I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I am also admitted to practice in (a) the United States District Court for the District of Massachusetts, (b) the United States District Court for the Eastern District of Michigan, (c) the United States Court of Appeals for the First Circuit, (d) the United States Court of Appeals for the Ninth Circuit and (e) the United States Supreme Court. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past twelve months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Joseph P. Davis III (BBO #551111)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Fax: (617) 310-6001

We certify that we have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

William A. Poore (#1436)
Christopher O'Connor (#5078)
POORE & ROSENBAUM, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-2600
Fax: (401) 831-2220

---

**ORDER**

This motion is hereby ______________________________________________

______________________________
District Judge

Dated: __________, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on counsel to the Plaintiff in this action, by first class mail, on April 26, 2006.

Bruce W. Gladstone (R.I. Bar No. 2643)
Cameron & Mitleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903

Edmund J. Ferdinand, III
Grimes & Battersby, LLP
488 Main Avenue, 3rd Fl.
Norwalk, Connecticut 06851-1008

Steven E. Seasly
Hahn, Loeser & Parks
3300 BP Tower
200 Public Square
Cleveland, Ohio 44114

Christopher O'Connor

Christopher O'Connor, Esq.