Ex. A

International

Education With Recreation

**K&M International, Inc. Announces Filing of Lawsuit Against Rhode Island Novelty and Wild Adventures to Protect Valuable Intellectual Property Rights**

Dear Customer:

*Several of K&M's customers have approached the Company in the past six months to notify us and express their concerns about the business practices of one of our competitors Rhode Island Novelty and its subsidiary, Wild Adventures, Inc. K&M would like to apologize to each of our customers who have experienced any inconvenience or confusion as a result of our competitor's business practices. As detailed below, K&M is taking steps to eliminate any conduct by Rhode Island Novelty or Wild Adventures that may, in any way, confuse or inconvenience our clients. Once again, K&M offers its sincere apologies to each of our customers who negatively have been affected by our competitor's business practices.*

K&M International, Inc., doing business as Wild Republic, announces that it has filed a lawsuit against Rhode Island Novelty and Wild Adventures in federal court in Rhode Island to protect K&M's valuable intellectual property rights, and to stop Defendants efforts to compete unfairly with K&M in violation of the Copyright Act, the trademark laws and state law.

K&M is a leading designer of high-quality plush and PVC toys bearing the well-known WILD REPUBLIC trademark, among others. K&M, through its Wild Republic division, distributes toys to retail toy stores and gift shops throughout the country and worldwide.

The lawsuit contends that Defendants have resorted to a series of unfair business practices in an effort to compete with K&M in the plush and PVC toy categories, namely the serial imitation and copycatting of the look of K&M's product line, trademarks, copyrights and marketing and promotional materials. Specifically, K&M alleges that in 2005 Defendants established a new division to sell the exact same products as K&M and named it "Wild Adventures," a name that is confusingly similar to K&M's incontestable, federally-registered trademark WILD REPUBLIC. Defendants also had hired K&M's former Account Executive to be the sales manager for Wild Adventures. Wild Adventures now actively solicits business from K&M's existing and potential customers in an effort to sell toys that infringe K&M's copyright and trademark rights. K&M alleges that by these acts Defendants have violated the Copyright Act, the trademark laws and state laws. In the Complaint K&M seeks both injunctive relief and substantial monetary damages.

For further information, please contact Prathap Shanker at 800 800 9678 Ext. 205.

1955 Midway Drive, Twinsburg, Ohio 44087 • 800.800.9678 • 330.425.2550 • Fax 330.425.3777