Ex. B



We travel the globe to help bring smiles to kids everywhere. Come and say hello. Here is a list of upcoming trade shows where you can discover more about K&M and its products. Please stop by our booth. If you like, feel free to set up an appointment with a sales representative in advance.

Click here for contact information for all of our offices.

## Trade Show Schedules

U.S. & Canada | Europe & UK

Where you can see us next:
**USA & Canada 2005:**

| Show | Location | Dates | Booth |
|---|---|---|---|
| Atlanta Gift | Atlanta, GA | January 14 - 18 | 3-409-413 |
| Birdwatch America | Atlanta, GA | January 15 - 16 | 222 - 323 |
| Chicago Gift | Chicago, IL | January 22 - 25 | 8-1066-1070 |
| New York Gift | New York, NY | January 29 - February 2 | 1262 - 1266 |
| Seattle Gift | Seattle, WA | January 29 - February 2 | 1710 - 1712 |
| Toronto CGTA Spring 2005 Gift Show | 650 Dixon Road, Toronto, ON | January 30 - February 3 | Congress Centre Booth 9053 |
| Wild Oats | Las Vegas, NV | February 3 - 4 | TBD |
| Maritime Gift Show Spring 2005 | TBD | February 5 - 8 | TBD |
| San Francisco Gift | San Francisco, CA | February 5 - 9 | 2050 - 2052 |
| Toy Fair | New York, NY | February 20 - 23 | 2707 |
| Alberta Spring 2005 Gift Show | Edmonton, AB | February 20 -23 | Northlands Agricom, Hall A, Booth 122-124 |
| Camax (College Bookstore) | New Orleans, LA | February 29 - March 2 | 527 |
| NWIA (Northwest Iterpretive Assc.) | Seattle, WA | March 8 | TBD |
| Western Toy and Hobby | Pomona, CA | March 12 - March 15 | 5004 - 5005 |
| Vancouver Spring 2005 Gift Show | Vancouver, BC | March 13 - 15 | GX Gift Bldg. 1868 Glen Drive, A Shade of Difference Showroom |
| MSA (Museum Store Assc.) | Milwaukee, WI | May 1 - 2 | 437 |

| | | | |
|---|---|---|---|
| Wild Birds Unlimited | Minneapolis, MN | June 26 - 28 | TBD |
| Chicago Gift | Chicago, IL | July | 8-1066-1070 |
| Atlanta Gift | Atlanta, GA | July 15 - 19 | 3-409-413 |
| Los Angeles Gift | Los Angeles, CA | July 22 - 25 | TBD |
| New York Gift | New York, NY | August | 1262-1266 |
| San Francisco Gift | San Francisco, CA | August 6 - 10 | 2050-2052 |
| Toronto CGTA Fall 2005 Gift Show | 650 Dixon Road, Toronto, ON | August 7 - 11 | Congress Centre Booth 9053 |
| Alberta Fall 2005 Gift Show | Edmonton, AB | August 14 - 17 | Northlands Agricom, Hall A, Booth 122 - 124 |
| Seattle Gift | Seattle, WA | August 27 - 31 | 1710-1712 |
| Maritime Gift Show Fall 2005 | TBD | September 10 - 13 | TBD |
| Mass Market | New York, NY | October | TBD |
| Delaware North | Vancouver, BC | October | TBD |
| Aramark | Philadelphia, PA | November | TBD |
| Gatlinburg (SMKY MT Gift) | Gatlinburg, TN | November | TBD |

back to top

**EUROPE & UK 2005:**

| Show: | Location | Dates: | Booth |
|---|---|---|---|
| Hamburger Einkaufstagen | Hamburg, Germany | January 15 - 17 | Halle 4.0, Stand E03 |
| Formex | Stockholms Mässan, Sweden | January 23 - 26 | Stand A07:28 |
| Showcase, Dublin | Dublin, Republic of Ireland | January 23 - 26 | Hall A, Stand 289 |
| Trade Fair, Glasgow | Glasgow, Scotland | January 23 - 26 | Hall L, Stand 18 |
| Paperworld | Messe Frankfurt, Germany | January 26 - 30 | Halle 6.2, Stand E17 |
| Maison De Objet | TBD | January 28 - February 1 | Hall 6, Stand B92 |
| Muséum Expressions | Paris - Porte Maillot | January 30 - February 1 | Palais des Congrès Stand EO - E2 |
| Formland | Heming, Denmark | February 4 - 7 | Hall L, Stand 9150 |

| | | | |
|---|---|---|---|
| Birmingham | Birmingham, England, Spring Fair | February 6 - 10 | Hall 5, Stand C40/D41 |
| Spielwaremesse | Nürnberg, Germany | February 10 - 15 | Halle 1, Stand A58 |
| Forma | Helsinki, Finland | February 25 - 27 | Stand 5A:K4 |

© 2000 K&M International Inc. All rights reserved.