UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

K&M INTERNATIONAL, INC.,

Plaintiff,

VS. C.A. No. 06-159ML

RHODE ISLAND NOVELTY, INC.
and WILD ADVENTURES, INC.,

Defendants.

**ORDER**

After a conference was held with the parties before Judge William E. Smith on April 28, 2006, Defendants' Motion for a Temporary Restraining Order is DENIED.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 5/1/06