UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| K&M INTERNATIONAL, INC., | ) | CIVIL ACTION NO: |
| | ) | 1:06-cv-0015-ML-DLM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF'S MOTION FOR** |
| RHODE ISLAND NOVELTY, INC., et al., | ) | **ADMISSION PRO HAC VICE** |
| | ) | |
| Defendants | ) | |

Plaintiff K&M International, Inc. hereby moves for Steven E. Seasly to be admitted *pro hac vice* in the above case as counsel, with local counsel identified below.

Bruce W. Gladstone (Rhode Island Bar #2643)
Cameron & Mitleman LLP
56 Exchange Terrace
Providence, RI 02903
Telephone: 401.331.5700
Fax: 401.331.5787

Of Counsel:
Edmund J. Ferdinand, III
Grimes & Battersby LLP
488 Main Avenue
Norwalk, CT 06851-1008
Telephone: 203.849.8300
Fax: 203.849.9300

Attorneys for Plaintiff
K&M International, Inc.

**ATTORNEYS' CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Steven E. Seasly, hereby certify as follows:

1. I am a member in good standing of the bar of the state of Ohio and the United States District Court for the Northern District of Ohio and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past twelve (12) months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the proceeding questions.

6. I have read, acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Steven E. Seasly (0070536)
Hahn Loeser & Parks LLP
3300 BP Tower
200 Public Square
Cleveland, OH 44114-2301
Telephone: 216.274.2234
Fax: 216.241.2824
E-mail: sseasly@hahnlaw.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Dated:______________________, 2006



CLE - 946176.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on counsel for Defendants in this action, by first class mail, on July 17, 2006.

Attorney for Defendants:

Christopher J. O'Connor
Poore & Rosenbaum LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02901-1117

One of the Attorneys for Plaintiff
K&M International, Inc.