UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

K&M INTERNATIONAL, INC.,

Plaintiff,

- against -

RHODE ISLAND NOVELTY, INC. and WILD ADVENTURES, INC.,

Defendants.

Civil Action No. 06-159-ML-DLM

**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT**

WHEREAS, Plaintiff and Defendant in Counterclaim K&M International, Inc. seeks to file a First Amended Complaint that adds a claim for misappropriation of trade secrets under Rhode Island law and dismisses Wild Adventures, Inc. as a party defendant; and,

WHEREAS, Defendant and Plaintiff in Counterclaim Rhode Island Novelty, Inc. has consented to the filing of the First Amended Complaint by Plaintiff, subject to its reservation of all rights and defenses with respect to said Complaint.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff is granted leave to file the First Amended Complaint, attached hereto at Exhibit A.

Enter: Mary M. Lisi USDJ 7/19/06

Dated: July 14, 2006

CAMERON & MITTLEMAN, LLP

Bruce W. Gladstone (Bar No. 2643)
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700 (Tel.)

Edmund J. Ferdinand, III
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, Connecticut 06851
(203) 849-8300 (Tel.)

Attorneys for Plaintiff

POORE & ROSENBAUM

Christopher O'Connor (Bar No. 5078)
30 Exchange Place
Providence, RI 02903
(401) 831-2600 (Tel.)

Joseph P. Davis, III
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110
(617) 310-6000 (Tel.)

Attorneys for Defendants

SO ORDERED:

______________________
Hon. Mary M. Lisi, U.S.D.J.