**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| K&M INTERNATIONAL, INC., Plaintiff, - against - RHODE ISLAND NOVELTY, INC., Defendant. | Civil Action No.: 06-159-ML-DLM **PLAINTIFF'S EMERGENCY CROSS-MOTION TO COMPEL DISCOVERY ON THE ISSUE OF DAMAGES** |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the Exhibits annexed thereto filed in support, Plaintiff and Defendant-in-Counterclaim, K&M International, Inc. ("K&M"), respectfully moves the Court for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure to compel Defendant, Rhode Island Novelty, Inc., to provide responses to K&M's Document Request No. 39 and Interrogatory No. 6.

In support of this Emergency Cross-Motion, K&M states the following:

1. Under the Court's Scheduling Order fact discovery is set to close on October 27, 2006;

2. On September 15, 2006, RINCO filed a Motion to Bifurcate the Issues of Liability and Damages for Purposes of Discovery and Trial;

3. RINCO has refused to produce certain damages information, namely profit figures for sales of the accused toy lines, until after the Court's ruling on its Motion to Bifurcate;

4. K&M intends to comply with the Court's Scheduling Order by, *inter alia*, deposing all of RINCO's fact witnesses prior to October 27, 2006;

5. The only way to ensure full compliance with the Court's Scheduling Order, avoid

duplicative discovery and obviate the need for a second round of depositions of RINCO's fact witnesses is for the Court to Order RINCO to produce all outstanding damages information that it has heretofore refused to produce, including, in particular, responses to Document Request No. 39 and Interrogatory No. 6, so that all fact discovery can be completed by October 27, 2006.

WHEREFORE, K&M respectfully moves the Court for an Order compelling production of responses to Document Request No. 39 and Interrogatory No. 6 within five (5) days of the Court's ruling on this motion because of the need to comply with the Scheduling Order, and for such other and further relief as the Court deems just and proper.

**Good Faith Certification of Counsel**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the undersigned hereby certifies that counsel for K&M has conferred with counsel for RINCO in an attempt to secure the information and resolve the dispute without Court intervention, but efforts to resolve the dispute were unsuccessful.

Dated: September 26, 2006

Respectfully submitted,

K & M INTERNATIONAL, INC

By its Attorneys,

Bruce W. Gladstone (R.I. Bar No. 2643)
CAMERON & MITLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700 (Telephone)
(401) 331-5787 (Fax)

*Lead Counsel*:

Edmund J. Ferdinand, III
GRIMES & BATTERSBY, LLP
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(203) 849-8300 (Telephone)
(203) 849-9300 (Fax)
*Admitted Pro Hac Vice*

*Of Counsel*:

Steven E. Seasly
HAHN, LOESER & PARKS
3300 BP Tower
200 Public Square
Cleveland, OH 44114
(216) 621-0150 (Telephone)
(216) 241-2824 (Fax)
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on counsel for the Defendant in this action on September 26, 2006.

Joseph P. Davis, III
James P. Ponsetto
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110

William A Poore
Christopher O'Conner
POORE & ROSENBAUM
30 Exchange Place
Providence, RI 02903

Bruce W. Gladstone, Esq.