**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

K&M INTERNATIONAL, INC. :
Plaintiff and :
Defendant in Counterclaim :
v. : CA No.: 06-159-ML-DLM
:
RHODE ISLAND NOVELTY, INC. :
Defendant and :
Plaintiff in Counterclaim :

**OBJECTION OF K&M INTERNATIONAL, INC. TO DEFENDANT'S MOTION TO BIFURCATE THE ISSUES OF LIABILITY AND DAMAGES FOR PURPOSES OF DISCOVERY AND TRIAL**

Now comes K&M International, Inc. and hereby objects to Defendant's Motion to Bifurcate the Issues of Liability and Damages for Purposes of Discovery and Trial, and in support of this Objection the Plaintiff has filed a Memorandum of Law: In Opposition to Defendant's Motion to Bifurcate the Issues of Liability and Damages for Purposes of Discovery and Trial, which Memorandum is also in Support of Emergency Cross-Motion to Compel Discovery on the Issue of Damages, and which Cross-Motion has also been filed on like date hereto.

K&M INTERNATIONAL, INC.
By its Attorney,

Bruce W. Gladstone #0937
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Telephone: 401-331-5700
Fax: 401-401-331-5787
bgladstone@cm-law.com

Dated: September 26, 2006

G:\pec\K&M Int'l\Obj to Mtn to Bifurcate.doc

CERTIFICATION

The undersigned hereby certifies that on the 26 day of September, 2006, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

William A. Poore
Christopher A. O'Conner
POORE & ROSENBAUM
30 Exchange Terrace
Providence, RI 02903

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorneys of record, who have not been identified as ECF recipients:

Edmund J. Ferdinand, III
GRIMES & BATTERSBY, LLP
488 Main Avenue, Third floor
Norwalk, CT 06851

Steven E. Seasley, Esq.
HAHN & LOEWSER & PARKS
3300 BP Tower
200 Public Square
Cleveland, OH 44144

Joseph P. Davis, III
James Ponsetto
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110

/s/ Bruce W. Gladstone