UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| K&M INTERNATIONAL, INC.,<br><br>Plaintiff and<br>Defendant-in-Counterclaim,<br>v.<br><br>RHODE ISLAND NOVELTY, INC.,<br><br><br>Defendant and<br>Plaintiff-in-Counterclaim. | C.A. No: 06-159-ML-DLM |

**RHODE ISLAND NOVELTY INC.'S MOTION TO EXTEND**
**PRETRIAL ORDER DEADLINES BY 45 DAYS**

The defendant/plaintiff-in-counterclaim, Rhode Island Novelty, Inc. ("Rhode Island Novelty") hereby moves this Court for a brief 45-day extension of all deadlines contained in the Court's July 5, 2006 Pretrial Order for good cause as follows:

A. Fact discovery: extended from October 27, 2006 to December 15, 2006;

B. Expert disclosures reports by party bearing the burden of proof: extended from November 15, 2006 to December 29, 2006;

C. Rebuttal expert reports: extended from December 15, 2006 to January 30, 2007.

D. Expert deposition deadline: extended from January 19, 2007 to February 28, 2007;

E. Dispositive Motions: extended from February 2, 2007 to March 16, 2007; and

F. Pretrial memorandum filed: on April 2, 2007 if no dispositive motions are filed; otherwise 30 days after a decision on any dispositive motions.

In support of this Motion, Rhode Island Novelty states as follows:

1. This is the first request of any party for an extension.

2. In April, 2006, K&M International ("K&M") filed the instant claims alleging that Rhode Island Novelty (a) infringed on K&M's trademark, "Wild Republic;" (b) engaged in copyright and trade dress infringement relating to K&M's product line in the so called zoo, museum and aquarium market for toys and other novelty items (the "ZMA Market"); (c) tortiously interfered with advantageous business and contractual relations by hiring Mr. Alberto; (d) engaged in unfair competition; (e) improperly secured and used K&M's trade secrets and confidential information; and (f) was unjustly enriched. K&M's complaint seeks both damages and injunctive relief.

3. Immediately after filing the Complaint, K&M disseminated a letter to Rhode Island Novelty's customers and prospective customers falsely accusing Rhode Island Novelty of improper business practices, among other charges (the "K&M Letter"). In response, Rhode Island Novelty filed counterclaims with its Answer for common law and statutory unfair competition, abuse of process, defamation and tortious interference with business relations.

4. The parties were before the Court on June 27, 2006 for an initial scheduling conference. The parties agreed to an abbreviated discovery and pretrial schedule because this lawsuit and the K&M Letter have impeded Rhode Island Novelty's entry into the ZMA Market. It is important that the parties relationship as competitors be defined as expeditiously as possible.

5. Unfortunately, it is now clear that the requested brief extension of the deadlines set forth in the Pretrial Oder is necessary in order that the parties may complete discovery and ready this matter for trial.

6. The parties have not even completed their document production. Rhode Island Novelty propounded its initial request for production of documents on July 14, 2006 and its Second Request for Production of Documents on or about August 18, 2006. To date, the plaintiff has failed to produce all responsive documents. K&M's failure in this regard has caused Rhode Island Novelty to delay the commencement of its depositions. Rhode Island Novelty is also in the process of securing and producing documents.

7. Efforts by the parties to complete written discovery and depositions have been impeded in part because the parties have been engaged in protracted negotiations concerning a two-level protective order governing the parties' confidential business records. The parties came to an agreement on the terms of the protective order on September 28, 2006 and the parties expect that the agreed form of protective order will be filed with the Court this week.

8. Give the impasse on written discovery, no depositions have been conducted to date. However, the parties have attempted to coordinate a mutually agreeable schedule. Unfortunately, Rhode Island Novelty anticipates that the parties collectively will need to conduct fifteen or more depositions. It is simply not feasible that all of those depositions can be completed under the present scheduling order. Several of the deponents employed by Rhode Island Novelty have significant conflicts in October. K&M is headquartered in Ohio and is refusing to produce its witnesses for deposition here. In addition, the plaintiff has recently identified over a dozen non-party witnesses residing outside the District in locations as far west as Texas and California. Rhode Island Novelty anticipates deposing some of these

witnesses and it will take additional time to complete that process. Rhode Island Novelty has already noticed one of these out-of-state depositions for October 12, 2006 in northern California.

9. The proposed 45-day extension of discovering and the modest alternation of the related pretrial deadlines will allow the parties to complete discovery and ready this matter for trial. Rhode Island Novelty attempted to secure K&M's assent to this Motion. Although K&M's counsel fully acknowledged the need for additional time to complete discovery, he was not prepared at this time to join in this Motion.

WHEREFORE, Rhode Island Novelty hereby prays that his Court allow this Motion. A proposed Order is appended for the Court's convenience as Exhibit A hereto.

Respectfully submitted,
RHODE ISLAND NOVELTY,
By its attorneys,

William A. Poore (#1436)
Christopher J. O'Connor (# 5078)
POORE & ROSENBAUM
30 Exchange Place
Providence, Rhode Island 02903
Tel: (401) 831-2600
Fax: (401) 831-2220

*And Pro Hac Vice Counsel*

Joseph P. Davis III (BBO# 551111)
James P. Ponsetto (BBO# 556144)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

**CERTIFICATION**

I hereby certify that the within was mailed and telefaxed to all counsel of record this 3rd day of October, 2006.

~~James P. Ponsetto~~

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| K&M INTERNATIONAL, INC.,<br><br>Plaintiff and<br>Defendant-in-Counterclaim,<br>v.<br><br>RHODE ISLAND NOVELTY, INC.,<br><br>Defendant and<br>Plaintiff-in-Counterclaim. | C.A. No: 06-159-ML-DLM |

## ORDER

Defendant and Plaintiff-in-Counterclaim, Rhode Island Novelty, Inc., having moved for a brief extension of the Pretrial Order deadlines, and the Court upon consideration thereof, hereby allows the Motion and enters the following revised Pretrial Order:

A. Fact discovery: extended from October 27, 2006 to December 15, 2006;

B. Expert disclosures reports by party bearing the burden of proof: extended from November 15, 2006 to December 29, 2006;

C. Rebuttal expert reports: extended from December 15, 2006 to January 30, 2007.

D. Expert deposition deadline: extended from January 19, 2007 to February 28, 2007;

E. Dispositive Motions: extended from February 2, 2007 to March 16, 2007; and

F. Pretrial memorandum filed: on April 2, 2007 if no dispositive motions are filed; otherwise 30 days after a decision on any dispositive motions.

Dated this ____ day of _____________, 2006.

UNITED STATES DISTRICT COURT

_____________________________________