CAMERON & MITTLEMAN LLP
*Attorneys-at-Law*

RECEIVED
OCT 06 2006
Property of U.S. District Court
District of Rhode Island

Richard S. Mittleman
E. Colby Cameron*
Bruce W. Gladstone*
Justin T. Shay
Joseph F. Whinery, Jr.
Don E. Wineberg*
Robert A. Migliaccio
Karen G. DelPonte*
John W. Wolfe
Charles S. Beal*†
Joseph A. Anesta
Cynthia J. Warren*
Lynn E. Riley*
Catherine T. Schneider

*Of Counsel*
Barry G. Hittner*††

**Also admitted in Massachusetts*
*† Also admitted in New York*
*†† Also admitted in Florida*

October 6, 2006

***Via Hand Delivery***

Honorable Mary Lisi
US District Court for the
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: K&M International Inc. vs. Rhode Island Novelty, Inc., et al
C.A. No.: 06-159 ML-DLM

Dear Judge Lisi:

In supplement to my correspondence directed to you of October 5, 2006 and by way of further clarification of K&M International Inc.'s position relative to the Motion of Rhode Island Novelty, Inc.'s to Extend Pretrial Order Deadlines by 45 Days, please note the following:

A. In requesting the modification to the dates requested in Rhode Island Novelty's Motion for Extension, wherein K&M requests that the date for expert disclosure reports by party bearing the burden of proof be extended to January 15, 2007, K&M is also asking that all subsequent dates also be extended an additional fifteen (15) days beyond the date requested in the Motion to Extend of Rhode Island Novelty, Inc.

B. Based on the foregoing, K&M International, Inc.'s position in response to Rhode Island Novelty, Inc.'s Motion to Extend Pretrial Order Deadlines by 45 Days would assent to that extension with the new deadlines to be as follows:

| | | |
|---|---|---|
| i. | Fact discovery: | Extended from 10/27/06 to 12/15/06 |
| ii. | Expert disclosure reports by party bearing the burden of proof: | Extended from 11/15/06 to 1/15/07 |
| iii. | Rebuttal expert reports: | Extended from 12/15/06 to 2/15/07 |
| iv. | Expert deposition deadline: | Extended from 1/19/07 to 3/15/07 |
| v. | Dispositive motions: | Extended from 2/2/07 to 3/30/07 |
| vi. | Pretrial memorandum filed: | On 4/16/07 if no dispositive motions are filed; otherwise, 30 days after a decision on any dispositive motions |

CAMERON & MITTLEMAN LLP
*Attorneys-at-Law*

I again thank Your Honor for your kind consideration and we await further direction from this Honorable Court.

Very truly yours,

Bruce W. Gladstone, Esquire
Attorney for K&M International, Inc.

BWG/pc

cc: Christopher O'Connor, Esquire
William A. Poore, Esquire
Joseph P. Davis, III, Esquire
James P. Ponsetto, Esquire
Edmund J. Ferdinand, III, Esquire
Steven E. Seasly, Esquire

G:\pec\K&M Int'l\Ltrs\J Lisi letter 10-6-06.doc