UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **K&M INTERNATIONAL, INC.,**<br><br>**Plaintiff and Defendant-in-Counterclaim,**<br><br>**v.**<br><br>**RHODE ISLAND NOVELTY, INC.,**<br><br>**Defendant and Plaintiff-in-Counterclaim.** | **C.A. No: 06-159-ML-DLM** |

**RHODE ISLAND NOVELTY, INC.'S ASSENT TO K&M INTERNATIONAL'S PROPOSED MODIFICATION OF RHODE ISLAND NOVELTY'S REVISED PRETRIAL SCHEDULING ORDER**

Now comes the Defendant/Plaintiff-in-counterclaim Rhode Island Novelty, Inc. ("Rhode Island Novelty") and hereby assents to K&M International Inc.'s ("K&M") proposed modification of the proposed Pretrial Scheduling Order (the "Proposed Order") filed by Rhode Island Novelty on October 2, 2006 in connection with its Motion to Extend Pretrial Order Deadlines by 45 Days (the "Motion to Extend"). In response to the Motion to Extend, K&M sent a letter to the Court on October 6, 2006 in which it (a) communicated its assent to the Motion to Extend, but (b) proposed to modify the Proposed Order by extending the date by which expert disclosures were made by 15 days (to avoid conflict with a holiday) and to extend the deadlines which followed those expert disclosures by the same period.

Wherefore, Rhode Island Novelty prays that the Court allow the Motion to Extend and enter the Pretrial Order proposed by K&M, a copy of which is appended for the Court's convenience as Exhibit A.

Respectfully submitted,
RHODE ISLAND NOVELTY,
By its attorneys,

/s/ Christopher J. O'Connor

William A. Poore (#1436)
Christopher J. O'Connor (# 5078)
POORE & ROSENBAUM
30 Exchange Place
Providence, Rhode Island 02903
Tel: (401) 831-2600
Fax: (401) 831-2220

*And Pro Hac Vice Counsel*

Joseph P. Davis III (BBO# 551111)
James P. Ponsetto (BBO# 556144)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

**CERTIFICATION**

I hereby certify that the within was mailed and telefaxed to all counsel of record this 13th day of October, 2006.

Bruce W. Gladstone, Esq.
CAMERON & MITLEMAN LLP
56 Exchange Terrace
Providence, RI 02903

Edmund J. Ferdinand, III, Esq.
GRIMES & BATTERSBY, LLP
488 Main Avenue, 3rd Fl.
Norwalk, Connecticut 06851-1008

Steven E. Seasly, Esq.
HAHN, LOESER & PARKS
3300 BP Tower
200 Public Square
Cleveland, Ohio 44114

/s/ Christopher J. O'Connor
Christopher J. O'Connor