**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **K&M INTERNATIONAL, INC.,** **Plaintiff and Defendant-in-Counterclaim,** v. **RHODE ISLAND NOVELTY, INC.,** **Defendant and Plaintiff-in-Counterclaim.** | ) | **C.A. No: 06-159-ML-DLM** |

## ORDER

Defendant and Plaintiff-in-Counterclaim, Rhode Island Novelty, Inc., having moved for a brief extension of the Pretrial Order deadlines, and the Court upon consideration thereof, hereby allows the Motion and enters the following revised Pretrial Order:

A. Fact discovery: extended from October 27, 2006 to December 15, 2006;

B. Expert disclosures reports by party bearing the burden of proof: extended from November 15, 2006 to January 15, 2006;

C. Rebuttal expert reports: extended from December 15, 2006 to February 15, 2007.

D. Expert deposition deadline: extended from January 19, 2006 to March 15, 2007;

E. Dispositive Motions: extended from February 2, 2007 to March 30, 2007; and

F. Pretrial memorandum filed: on April 16, 2007 if no dispositive motions are filed; otherwise 30 days after a decision on any dispositive motions.

Dated this ____ day of _____________, 2006.

UNITED STATES DISTRICT COURT

_________________________________