**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF RHODE ISLAND**

| | | |
|---|---|---|
| **K & M INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO. 06-159-ML-DLM** |
| | ) | |
| **RHODE ISLAND NOVELTY, INC.** | ) | |
| **And WILD ADVENTURES, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Craig M. Scott and the law firm of Duffy Sweeney & Scott hereby enter their appearance on behalf of plaintiff, K & M International, Inc.

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax
cscott@duffysweeney.com

Dated: October 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006, I electronically filed the foregoing Notice Entry of Appearance with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
POORE & ROSENBAUM
30 Exchange Terrace
Providence, RI 02903

Joseph P. Davis, III, Esq.
James P. Ponsetto, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110

Edmund J. Ferdinand, III, Esq.
GRIMES & BATTERSBY, LLP
488 Main Avenue, Suite 300
Norwalk, CT 06851-1008

Steven E. Seasly
HAHN, LOESER & PARKS
3300 BP Tower
200 Public Square
Cleveland, OH 44114

/s/ Craig M. Scott