**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF RHODE ISLAND**

| | | |
|---|---|---|
| **K & M INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO. 06-159-ML-DLM** |
| | ) | |
| **RHODE ISLAND NOVELTY, INC. And WILD ADVENTURES, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Bruce Gladstone and the law firm of Cameron & Mittleman, hereby withdraw their appearance as counsel for the plaintiff, K & M International, Inc.

Bruce Gladstone, Esq. (#2643)
CAMERON & MITTLEMAN
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700
(401) 331-5787-Fax
bgladstone@cm-law.com

October 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006, I electronically filed the foregoing Withdrawal of Appearance and Entry of Appearance with the Clerk of the Court for the District of Rhode Island using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
POORE & ROSENBAUM
30 Exchange Terrace
Providence, RI 02903

Joseph P. Davis, III, Esq.
James P. Ponsetto, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110

Edmund J. Ferdinand, III, Esq.
GRIMES & BATTERSBY, LLP
488 Main Avenue, Suite 300
Norwalk, CT 06851-1008

Steven E. Seasly
HAHN, LOESER & PARKS
3300 BP Tower
200 Public Square
Cleveland, OH 44114

/s/ Bruce Gladstone