**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **K&M INTERNATIONAL, INC.,**<br><br>**Plaintiff and Defendant-in-Counterclaim,**<br><br>**v.**<br><br>**RHODE ISLAND NOVELTY, INC.,**<br><br>**Defendant and Plaintiff-in-Counterclaim.** | **C.A. No: 06-159-ML-DLM** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiff/Defendant-in-Counterclaim K&M International, Inc. and Defendant/Plaintiff-in-Counterclaim, Rhode Island Novelty, Inc. hereby dismiss all claims and counterclaims set forth or which could have been set forth in the above entitled civil action, with prejudice, without costs and with all rights of appeal waived.

**RESPECTFULLY SUBMITTED:**

K&M INTERNATIONAL, INC.,
Plaintiff/ Defendant-in-Counterclaim,
By its attorney:

/s/ Craig M. Scott
Craig M. Scott, Esq.
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

*and pro hac vice counsel,*

Edmund J. Ferdinand III, Esq.
GRIMES & BATTERSBY, LLP
488 Main Avenue, Third Floor
Norwalk, CT 06851
Tel: (203) 849-8300
Fax: (203) 849-9300

**RESPECTFULLY SUBMITTED:**

RHODE ISLAND NOVELTY, INC.
Defendant/Counterclaimant,
By its attorneys:

/s/ William A. Poore
William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (# 5078)
POORE & ROSENBAUM LLP
30 Exchange Place
Providence, Rhode Island 02903
Tel: (401) 831-2600
Fax: (401) 831-2220

*and pro hac vice counsel,*

Joseph P. Davis III, Esq. (BBO# 551111)
James P. Ponsetto, Esq. (BBO# 556144)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Dated: April 4, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document has been filed electronically and it is available for viewing and downloading from the ECF system. Additionally I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 4, 2007.

/s/ Christopher J. O'Connor____
Christopher J. O'Connor